UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FILE NO. 7:18-CV-15

| | |
|---|---|
| FLORENCE BROWN,<br>        Plaintiff<br><br>v.<br><br>OUTBACK STEAKHOUSE, a.k.a/d.b.a. OUTBACK #3464, OUTBACK STEAKHOUSE OF FLORIDA, LLC, A FLORIDA LIMITED LIABILITY COMPANY, a.k.a./d.b.a. OUTBACK #3464, NEW PRIVATE RESTAURANT PROPERTIES, LLC, MDC COAST 4, LLC, OSI RESTAURANT PARTNERS, LLC, AND OS ASSET, INC.<br>        Defendants. | **<u>NOTICE OF REMOVAL</u>** |

TO:     The United States District Court
          For the Eastern District of North Carolina

Defendants, by and through their undersigned counsel, hereby remove this action from the Courts of Robeson County, North Carolina, to this Court. In support of this Notice of Removal, Defendant states:

1.     Defendants file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendants file this Notice of Removal with this Court within 30 days of Defendants' receipt of a copy of the Plaintiff's Complaint and Summons which set forth the claims for relief upon which this proceeding is based, pursuant to 28 U.S.C. § 1446(b)(1). Plaintiff commenced this action against Defendants in the Courts of Robeson County, North Carolina by filing a Complaint styled *Florence Brown v.Outback Steakhouse, a.k.a/d.b.a. Outback #3464, Outback Steakhouse Of Florida, LLC, a Florida Limited Liability Company, a.k.a./d.b.a. Outback #3464, New Private Restaurant Properties, LLC, MDC Coast 4, LLC, OSI Restaurant Partners, LLC,*

*and OS Asset, Inc.,* with case number 17 CVS 3225. Service was effected on Defendants beginning December 18, 2018.

2. In accordance with 28 U.S.C. § 1446(a), attached hereto as **Exhibits A through C** is a copy of all process and pleadings that have been filed in the Courts of Robeson County, North Carolina and served on Defendants in this matter to date.

3. Defendants have not yet filed responsive pleadings in the state court action. In filing this Notice of Removal, Defendants do not waive any defense or counterclaim that may be available to them.

4. Plaintiff is asserting claims for negligence. Plaintiff is seeking damages in excess of $25,000 for her claim, and alleges that she suffered serious and painful bodily injuries; will continue to experience pain and suffering in the body and mind in the future; incurred, and will likely continue to incur in the future, medical and other health care related expenses of necessary medical treatment; suffered and will likely continue to suffer in the future lost wages and lost employment opportunities; and experienced discomfort and distress in performing her day-to-day activities, and will continue to experience those problems in the future.

5. This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. § 1332 in that complete diversity of citizenship exists as between Plaintiff and Defendants, and the amount in controversy exceeds the statutory minimum of $75,000, exclusive of interest and costs. Upon information and belief, and as alleged in his Complaint, Plaintiff is a citizen and resident of Robeson County, North Carolina. Defendants are a Florida corporation which do business in North Carolina.

6. Service of this Notice of Removal is being made on the Plaintiff as shown by the attached certificate of service.

7. As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendants will serve upon Plaintiff and file with the Clerk of the appropriate trial division of the Courts of Robeson County, North Carolina a "Notice of Filing of Notice of Removal" in the form attached hereto as **Exhibit D**.

WHEREFORE, Defendants pray that this action be removed to this Court for all further proceedings, as though this action had originally been instituted in this Court. Defendants further request that this Court assume jurisdiction over this action and proceed to a final determination thereof and that there be a trial by jury of all issues so triable.

This the 17th day of January, 2018.

                YOUNG MOORE AND HENDERSON, P.A.

BY:     /s/ Christopher A. Page
       CHRISTOPHER A. PAGE
       N.C. State Bar No. 19600
       JONATHAN L. CROOK
       N.C. State Bar No.: 45966
       Post Office Box 31627
       Raleigh, North Carolina 27622
       Telephone: (919) 782-6860
       Facsimile: (919) 782-6753
       E-mail: chris.page@youngmoorelaw.com
       Email: jonathan.crook@youngmoorelaw.com
       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that he electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and he served the foregoing document upon the attorneys shown below by transmittal of a Notice of Electronic Filing and via United States mail to:

Oscar M. Blanks, III, Esq.
The Law Office of Oscar M. Blanks, III, PLLC
130 Memory Plaza
Whiteville, NC  28472
Email: blankslaw@hotmail.com
*Attorneys for Plaintiff*

This the 17th day of January, 2018.

           YOUNG MOORE AND HENDERSON, P.A.

           BY:  /s/ Christopher A. Page
               CHRISTOPHER A. PAGE
               NC State Bar No. 19600
               JONATHAN L. CROOK
               N.C. State Bar No.:  45966
               Post Office Box 31627
               Raleigh, North Carolina  27622
               Telephone: (919) 782-6860
               Facsimile: (919) 782-6753
               E-mail: chris.page@youngmoorelaw.com
               Email:  jonathan.crook@youngmoorelaw.com
               *Attorneys for Defendants*

4358873/720109-007