IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO: 7:18-CV-15

| | | |
|---|---|---|
| FLORENCE BROWN,<br>    Plaintiff | )<br>)<br>) | |
| V. | )<br>) | |
| OUTBACK STEAKHOUSE, a.k.a./d.b.a<br>OUTBACK#3464,<br>OUTBACK STEAKHOUSE OF<br>FLORIDA, LLC., A Florida Limited Liability<br>Company, a.k.a/d.b.a OUTBACK #3464,<br>NEW PRIVATE RESTAURANT<br>PROPERTIES, LLC.,<br>MDC COAST 4, LLC.,<br>OSI RESTAURANT PARTNERS, LLC.,<br>And OS ASSET, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

**THIS MATTER** having come before the Court with concern upon Motion For Leave of Court to File Motions Manually submitted by Oscar M. Blanks III, as Counsel for Plaintiff, Florence Brown. The Court makes the following:

### FINDINGS OF FACT

That based on the attached motion, the Court finds that Counsel has informed the Court that he is duly sworn to practice Federal Law in the United States District Court for the Eastern District of North Carolina, registered with PACER, and scheduled for the necessary training to file documents electronically. Accordingly, Attorney Blanks should be granted the Permissible Exception to filing motions electronically and granted leave of court to file motions manually to allow counsel time to become a filing user.

### CONCLUSIONS OF LAW

1

This Court has jurisdiction over the parties, counsel for the parties, and over the subject matter of this case.

**WHEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** as follows: Oscar M. Blanks III, Counsel for Plaintiff, Florence Brown, is hereby granted the Permissible Exception to filing motions electronically and granted leave of court to file motions manually to allow Counsel time to become a filing user.

This the 7th day of February, 2018.

Louise Wood Flanagan
United States District Court Judge