IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CV-15-JG

| | |
|---|---|
| FLORENCE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OUTBACK STEAKHOUSE, a/k/a, d/b/a ) | |
| OUTBACK #3464; OUTBACK ) | |
| STEAKHOUSE OF FLORIDA, LLC, a ) | |
| Florida Limited Liability Company, a/k/a, ) | |
| d/b/a OUTBACK #3464; NEW PRIVATE ) | |
| RESTAURANT PROPERTIES, LLC; MDC ) | |
| COAST 4, LLC; OSI RESTAURANT ) | |
| PARTNERS, LLC; and OS ASSET, INC., ) | |
| ) | |
| Defendants. ) | |

This case comes before the court on the parties' stipulation of voluntary dismissal (D.E. 23)[1] pursuant to Fed. R. Civ. P. 41(a)(1)(ii). It is hereby ORDERED that the parties' stipulation of dismissal with prejudice should be and is ALLOWED. The Clerk is hereby directed to close this case.

SO ORDERED, this 22 day of October 2018.

James E. Gates
United States Magistrate Judge

---

[1] The parties' stipulation of dismissal was incorrectly filed as a motion to dismiss. The Clerk is directed to terminate the motion to dismiss before closing the case.